**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 98-30538
Summary Calendar

RODNEY GREEN,

Petitioner-Appellant,

versus

JANET RENO,

Respondent-Appellee.

Appeal from the United States District Court
For the Western District of Louisiana
(97-CV-1727)

December 30, 1998

Before POLITZ, Chief Judge, KING and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Rodney Green appeals the dismissal of his challenge to a deportation order for lack of subject matter jurisdiction. He also challenges the trial court's deportation order and ruling on a bond. The government moves for dismissal of the appeal for lack of jurisdiction under 8 U.S.C. § 1105a(c).

The government's motion is denied; section 1105a(c) has been repealed.

The trial court did not err in dismissing, for lack of jurisdiction, Green's

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

claims concerning his deportation order. The statute vests exclusive jurisdiction to review deportation orders in the courts of appeals. 8 U.S.C. § 1252(a)(1), (b)(2).

Finally, Green's challenge to his being taken into custody and his claim of entitlement to a reasonable bond setting are now mooted. Green has been deported and the requested reduction in bond cannot be affected. See **Ortez v. Chandler**, 845 F.2d 573 (5th Cir. 1998).

Motion to dismiss appeal is DENIED.

Challenge to bond setting is DISMISSED AS MOOT.

Judgment of district court is AFFIRMED.